

RECEIVED
JUL 0 7 2025
FILED
DOCKETED
DATE    INITIAL

Jose Alberto Miron Quijano, A243-100-605
Imperial Regional Detention Facility
1572 Gateway Road
Calexico, CA 92231

---

---

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| JOSE ALBERTO MIRON QUIJANO, | No. 25-1917 |
|---|---|
| Petitioner, | Agency No. A243-100-605 |
| v. | |
| PAMELA BONDI, Attorney General, | ORDER |
| Respondent. | |

On May 27, 2025, Lisa Janis Gathard filed a notice of appearance in this case and is now counsel of record for petitioner. Because petitioner has retained counsel, this petition is removed from the Ninth Circuit pro bono program.

The opening brief is due July 21, 2025. The answering brief is due August 20, 2025. The optional reply brief is due 21 days after the answering brief is served.

The clerk will serve a copy of this order on petitioner individually.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

SAN FR. 940

28 JUN 2025 PM 5 2 L

LEGAL MAIL



**SPECIAL MAIL**

OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE

Jose Alberto Miron Quijano, A243-100-605
Imperial Regional Detention Facility
1572 Gateway Road
Calexico, CA 92231

NIXIE    911    FE 1         0007/03/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 94119393939    *1540-01724-23-37*